# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH CYNETT**                                                                                                **PLAINTIFF**

v.                                               **Case No. 4:25-cv-00620-KGB**

**SALINE COUNTY JAIL,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 7). No party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Kenneth Cynett's claims in his complaint for failure to prosecute (Dkt. No. 2). *See* Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. The Court recommends that, in the future, the dismissal of this action count as a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so ordered this 14th day of October, 2025.

*[signature: Kristine G. Baker]*
Kristine G. Baker
Chief United States District Judge